IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL ANDREW RALSTON, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-4753 |
| | : | |
| JAMES CONNELL, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 13th day of December, 2021, upon consideration of Carl Andrew

Ralston's Motion to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund

Account Statement (ECF No. 6), and *pro se* Complaint (ECF No. 2), it is **ORDERED**

that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §

1915.

2.      Carl Andrew Ralston, #0037923-02765, shall pay the full filing fee of $350

in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.

The Court directs the Warden of Northampton County Jail or other appropriate official

to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to

Ralston's inmate account; or (b) the average monthly balance in Ralston's inmate

account for the six-month period immediately preceding the filing of this case.  The

Warden or other appropriate official shall calculate, collect, and forward the initial

payment assessed pursuant to this Order to the Court with a reference to the docket

number for this case.  In each succeeding month when the amount in Ralston's inmate

trust fund account exceeds $10.00, the Warden or other appropriate official shall

forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Ralston's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Northampton County Jail.

      4.      The Complaint is **DEEMED** filed.

      5.      Ralston's Complaint is **DISMISSED IN PART WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and **DISMISSED IN PART WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

      6.      The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                              */s/ Gerald J. Pappert*
                              **GERALD J. PAPPERT, J.**